IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM

    Plaintiff,                        No. CIV S-01-1738 GEB CMK P

    vs.

MARGARITA PEREZ, et al.,

    Defendants.                   ORDER

_____/

        On May 16, 2005, plaintiff filed a "Motion Objecting to Magistrate Judge Kellison's Re-Screening of the Complaint. . . ." The court construes plaintiff's motion as a request for reconsideration of the magistrate judge's order filed April 27, 2005, which vacated the findings and recommendations recommending dismissal of plaintiff's complaint and dismissed plaintiff's complaint with leave to amend.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the

1

magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 27, 2005, is affirmed.

Dated:  June 9, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge